**Sherman B. LUBMAN, Chapter 7 Trustee, Plaintiff–Appellee,**

v.

**Denise J. LECLAIR, Defendant–Appellant.**

No. 01–1860.

United States Court of Appeals, Fourth Circuit.

Submitted Nov. 29, 2001.

Decided Dec. 5, 2001.

Denise J. LeClair, pro se. Kevin Allan Lake, Richmond, VA, for appellee.

Before WIDENER, NIEMEYER, and WILLIAMS, Circuit Judges.

PER CURIAM.

Denise J. LeClair appeals from the district court's order dismissing, as untimely, her appeal from the bankruptcy court's order granting the bankruptcy trustee's motion for default judgment and denying her a discharge in bankruptcy. We have reviewed the record and the district

court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Lubman v. LeClair*, Nos. CA–00–448; BK–98–35239–T; AP–99–3175–T (E.D. Va. June 15, 2001). We deny Appellee's motion for sanctions. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*